83,356-01

Thomas D. Cross

TDCJ-ID# 1721248

1391 FM 3328

Tennessee Colony, Texas 75880

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 25 2015

Abel Acosta, Clerk

Court of Criminal Appeals

Clerk of Court

Abel Acosta

P.O. Box 12308 - Capitol Station

Austin, Texas 78711                    September 20th 2015


Re: Exparte Thomas Darrell Cross, 75th District Court of Liberty
    County, Court of Crim App No. WR-83,356-10, Trial Ct No. CR27615-B


Dear Clerk,

        Can you please file this my correspondence with the Distr-
ict Clerk will all other relevant documentation regarding this
cause, Thank You,




                                    Respectfully,

                                    Thomas D. Cross

Thomas D. Cross Jr.
TDCJ-ID # 1721248
Beto Unit
1391 Fm 3328

75th District Court
Clerk of Court
1923 Sam Houston Ave
Liberty, Texas 77575                                September 20th, 2015

Re: Exparte Thomas Darrell Cross   Trial. Ct. No CR27615-B, 75th
    Dist. Court of Liberty County.

Dear Clerk,
     In Response To The Above Styled And Numbered Cause
I Present Three Issue's In This Missive; First, Has The State
Filed A Response As Ordered By The Trial Court? Second, Has
The Trial Court Held A Hearing, Entered Any Findings Of
Fact Or Conclusions Of Law? Third, Has The Trial Court Made
A Ruling On My Motion For Evidentiary Hearing And Appoint-
ment Of Counsel? If The Answer Is Yes To Any Of These Can
You Please Send Me A Copy Of Each Document And/Or The Courts
Ruling On Such. Thank You For Your Time.

                                        Respectfully,

                                        Thomas D. Cross

C.C:
 - File -
Court Of Criminal Appeals